

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the Guardianship of Aletha Marie
Dominguez, an incapacitated person,

No. 11-22-00267-CV

\* From the County Court at Law No. 2
of Midland County,
Trial Court No. G12961.

\* April 27, 2023

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Aletha Marie Dominguez's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.